IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JUAN M. MENDEZ,

                Plaintiff,                ORDER

   v.

                                          08-cv-371-slc

WISCONSIN GRAIN PRODUCERS LLC,

                Defendant.

---

      On March 24, 2009, counsel for both parties in this lawsuit telephoned chambers to ask that this court refer this case to the Eastern District of Wisconsin, specifically Magistrate Judge William Callahan, for mediation. On March 25, 2009, this court contacted the Eastern District and learned that judges there will accept referrals if they are made, but do not volunteer to handle another court's work.

      This court does not refer cases to other judges unless they previously have volunteered to assist. This court has adequate mediation capability to handle the instant case; therefore, it will not be referring this case to Milwaukee for mediation. To be clear, this court encourages mediation and other forms of settlement negotiations in any form, in any forum, at any time; this, however, is between the parties, their attorneys, and the mediator. If, however, the parties ask this court to assist with mediation, the court stays within its normal channels.

Toward that end, I suggest that counsel contact this court's clerk, Peter Oppeneer, at their earliest convenience. Mr. Oppeneer would be happy to assist the attorneys in any way he can in their efforts to resolve this lawsuit.

Entered this 25th day of March, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge